# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2019 WY 98

*April Term, A.D. 2019*

*September 25, 2019*

TRAPPER RAY CANFIELD,

**Appellant**
**(Defendant),**

**v.**                                                                            S-19-0084

THE STATE OF WYOMING,

**Appellee**
**(Plaintiff).**

## ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT AND SENTENCE

[¶ 1]    **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief within the time allotted by this Court. Pursuant to a plea agreement, Appellant entered an unconditional guilty plea to possession of a felony amount of methamphetamine. Wyo.Stat.Ann. § 35-7-1031(c)(ii). The district court imposed a three to six-year sentence, suspended in favor of five years of probation. Appellant filed this appeal to challenge the district court's March 26, 2019, "Order Entering Judgment, Sentence and Probation Order."

[¶ 2]    On July 29, 2019, Appellant's court-appointed appellate counsel filed a "Motion to Withdraw as Counsel," pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967). This Court subsequently entered an "Order Granting Motion for Extension of Time to File *Pro Se* Brief." This Court ordered that, on or before September 12, 2019, Appellant "may file with this Court a *pro se* brief specifying the issues he would like the Court to consider in this appeal." This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would "make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision" on this appeal. This Court notes that Appellant did not file a *pro se* brief or other pleading in the time allotted.

[¶ 3]   Now, following a careful review of the record and the "*Anders* brief" submitted by appellate counsel, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's "Order Entering Judgment, Sentence and Probation Order" should be affirmed.

[¶ 4]   **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant, Trapper Ray Canfield, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶ 5]   **ORDERED** that the district court's March 26, 2019, "Order Entering Judgment, Sentence and Probation Order" be, and the same hereby is, affirmed.

[¶ 6]   **DATED** this 25th day of September, 2019.

BY THE COURT:

/s/

**MICHAEL K. DAVIS**
**Chief Justice**